**Mike LEAVITT, Administrator, Environmental Protection Agency, Appellant,**

v.

**SOCIOTECHNICAL RESEARCH APPLICATIONS, INC.,**
Appellee.

No. 03–1523.

United States Court of Appeals, Federal Circuit.

April 19, 2004.

Hillary A. Stern, Donald E. Kinner, David M. Cohen, Washington, DC, for Appellant.

Edward J. Tolchin, Fettmann, Tolchin, Fairfax, VA, for Appellee.

Before SCHALL, DYK, and PROST, Circuit Judges.

### *Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.